# TIFFANY & BOSCO
### P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor

19-03556

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Patrick William Shelton and Susan Ann Shelton<br><br>Debtors.<br>_____<br>JPMorgan Chase Bank, National Association<br><br>Secured Creditor,<br>vs.<br><br>Patrick William Shelton and Susan Ann Shelton, Debtors; Russell Brown, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 2:19-bk-11147-BKM<br><br>OBJECTION TO CHAPTER 13 PLAN<br><br>IN RE: Real Property Located at<br>5006 E Nisbet Rd<br>Scottsdale, AZ 85254 |

JPMorgan Chase Bank, National Association, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reason:

The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to JPMorgan Chase Bank, National Association in the approximate amount of $2,046.18. JPMorgan Chase Bank,

National Association is in the process of filing a Proof of Claim. JPMorgan Chase Bank, National Association requests that the arrearages be paid through the Plan.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief as this Court deems just and proper.

DATED this 25th day of September, 2019.

Respectfully submitted,
TIFFANY & BOSCO, P.A.

BY: /s/ LJM #014228
Mark S. Bosco
Leonard J. McDonald
Attorneys for Secured Creditor

COPY of the foregoing mailed
September 25, 2019 to:

Patrick William Shelton and Susan Ann Shelton
5006 E. Nisbet Road
Scottsdale, AZ 85254
Debtors

Thomas Adams Mcavity
4742 N. 24th Street
#300
Phoenix, AZ 85016
Attorney for Debtors

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965
Trustee

By: Jody Wilkens